IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARRY DONOHOO,

    Plaintiff,

v.

DOUG HANSON, ROGER WILSON,
DALE JOHNSON, LARRY LUOSTARI,
STEVE RANNENBERG, CAROLYN
PIERCE and SUSAN T. SANDVICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-309-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Doug Hanson, Roger Wilson, Dale Johnson, Larry Luostari, Steve Rannenberg, Carolyn Pierce and Susan T. Sandvick, granting their motion for summary judgment and dismissing this case.

/s/                                                        9/3/2015

Peter Oppeneer, Clerk of Court                    Date