UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARRY R. DONOHOO,

        Plaintiff,

- v -

DOUG HANSON,
ROGER WILSON,
DALE JOHNSON,
LARRY LUOSTARI,
STEVE RANNENBERG,
CAROLYN PIERCE, and
SUSAN T. SANDVICK,

        Defendants,

Case No. 3:14-cv-309-wmc

---

## NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Plantiff, Barry R. Donohoo, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment by District Judge William M. Conley entered on September 9, 2015, Docket No. 86, and from the Order by District Judge William M. Conley entered on May 10, 2016 denying Plantiff's Motion to Alter or Amend Judgement, Docket No. 104, including all prior interlocutory rulings.

Respectfully submitted this 8th day of June, 2016.

        s/  Barry R. Donohoo

        Barry R. Donohoo
        10532 S. Lake of the Woods Road
        Solon Springs, Wisconsin  54873
        (763) 592-9093
        Pro Se Litigant